IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ROGER SHUFFIELD                                                                         PLAINTIFF

        v.                    Civil No. 6:06-cv-06015

LARRY SANDERS, Sheriff of
Garland County, Arkansas; CAPTAIN
STEED, Garland County Jail
Administrator; DEPUTY THREADGILL;
DEPUTY SHIRLEY; DEPUTY
STRICKLAND; DEPUTY COGBURN; and
CORPORAL BRANSTETTER                                                        DEFENDANTS

## **ORDER**

On June 13, 2007, the plaintiff filed a response to the defendants' summary judgment motion and indicated he had lost all of his paperwork (Doc. 29 at page 31). The court thereafter sent the plaintiff a docket sheet and asked the plaintiff to identify by docket number the documents he needed to be able to respond substantively to the defendants' summary judgment motion.

Plaintiff has now responded in letter form that he needs a copy of document 24 and an additional thirty to forty-five days. Plaintiff is being provided a copy of document 24 and all exhibits submitted with that document. Plaintiff is given until **August 10, 2007**, to file a supplemental response to the summary judgment motion.

IT IS SO ORDERED this 2nd day of July 2007.

                                              /s/ Barry A. Bryant
                                              BARRY A. BRYANT
                                              UNITED STATES MAGISTRATE JUDGE