```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  HOT SPRINGS DIVISION
```

ROGER SHUFFIELD                                                PLAINTIFF

    v.                  No. 06-6015

LARRY SANDERS, Sheriff of
Garland County, Arkansas;
CAPTAIN STEED, Garland County
Jail Administrator; DEPUTY
THREADGILL; DEPUTY SHIRLEY;
DEPUTY STRICKLAND; DEPUTY
COGBURN; and CORPORAL
BRANSTETTER                                                    DEFENDANTS

## ORDER

Now on this 7th day of September 2007, there comes on for consideration the report and recommendation filed herein on August 20, 2007, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 32). The parties have not filed any objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendants' motion for summary judgment (Doc. 23) is GRANTED IN PART AND DENIED IN PART. The motion is granted with respect to Plaintiff's claims against Sheriff Sanders, and Sheriff Sanders is DISMISSED as a defendant. The motion is denied as to all other claims and parties.

     IT IS SO ORDERED.

                                  /s/ Robert T. Dawson
                                  Honorable Robert T. Dawson
                                  United States District Judge