```
           IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   HOT SPRINGS DIVISION
```

ROGER SHUFFIELD                                          PLAINTIFF

      v.                              Civil No. 06-6015

CAPTAIN STEED, Garland County
Detention Center Administrator;
DEPUTY THREADGILL; DEPUTY SHIRLEY;
DEPUTY STRICKLAND; DEPUTY COGBURN
and CORPORAL BRANSTETTER                                 DEFENDANTS

## ORDER

Now on this 5th day of December 2007, there comes on for consideration the report and recommendation filed herein on November 14, 2007, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 46). The parties have not filed written objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, judgment is entered in favor of Defendants, and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

                                          /s/ Robert T. Dawson
                                          Honorable Robert T. Dawson
                                          United States District Judge